UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABATHA SANDERS,<br><br>     Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CHILDREN<br>AND FAMILY SERVICES, et al.,<br><br>     Defendant. | NO.  CV 13-8839-SVW (AGR)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that the complaint is dismissed without prejudice.

DATED: March 25, 2014            _____
                                              STEPHEN V. WILSON
                                           United States District Judge